**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Nathaniel Rios |
| Debtor 2 (Spouse, if filing) | Linda Rios |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number | 14-16451-MAM |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 7-2

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 3

**Property address:**
441 SE Seabreeze Ln
Number    Street

Port Saint Lucie, FL 34983
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____  MM/DD/YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 10,656.84

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 10,656.84

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    11/01/2018    MM/DD/YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  **Nathaniel Rios**
   First Name  Middle Name  Last Name

Case number (*if known*) 14-16451-MAM

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Chase A Berger
Signature

Date 07 / 25 / 2019

Print **Chase  A  Berger**
  First Name  Middle Name  Last Name

Title AUTHORIZED AGENT

Company GHIDOTTI | BERGER LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address 3050 Biscayne Boulevard, Suite 402
  Number  Street

Miami, Florida 33137
City  State  ZIP Code

Contact phone (305) 501 – 2808

Email cberger@ghidottiberger.com

1  Chase Berger, Esq. (SBN 83794)
2  GHIDOTTI | BERGER LLP
3  3050 Biscayne Boulevard, Suite 402
   Miami, Florida 33137
4  Tel: (305) 501-2808
   Fax: (954) 780-5578
5  cberger@ghidottiberger.com

6  Attorney for Creditor
   US Bank Trust National Association, as Trustee of the SCIG Series III Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA (WEST PALM BEACH)

| In Re: Nathaniel Rios and Linda Rios | ) | CASE NO.: 14-16451-MAM |
|---|---|---|
|  | ) |  |
|  | ) | CHAPTER 13 |
| Debtor. | ) |  |
|  | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On July 25, 2019 I served the following documents described as:

- **DISAGREED RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Nathaniel Rios<br>441 SE Seabreeze Ln.<br>Port Saint Lucie, FL 34983<br><br>**Joint Debtor**<br>Linda Rios<br>441 SE Seabreeze Ln.<br>Port Saint Lucie, FL 34983<br><br>**Trustee**<br>Robin R Weiner<br>POB 559007<br>Fort Lauderdale, FL 33355 | **Debtor's Counsel**<br>William M Kearce, Esq.<br>824 U.S. Hwy 1 # 320<br>N Palm Beach, FL 33408<br><br>**U.S. Trustee**<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on July 25, 2019 at Santa Ana, California

/*s / Marlen Gomez*
Marlen Gomez

2
CERTIFICATE OF SERVICE